```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
EDISON ANCHAHUA and FRANKLIN ANCHAHUA,  :
                                         :
                    Plaintiffs,          :
                                         :
          -v-                            :          25-cv-35 (LJL)
                                         :
M D BUILDING SERVICES, INC. d/b/a MERIDIAN :          ORDER
BUILDING SERVICES, and MICHAEL K. CARLIN, :
                                         :
                    Defendants.          :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiffs' letter motion seeking an informal conference under Local Civil Rule 37.2 and the Court's Individual Practices to compel Defendants to produce certain discovery. *See* Dkt. No. 41. The parties were scheduled to meet and confer on September 19, 2025, regarding the issues raised in Plaintiffs' motion. Dkt. No. 44. Plaintiffs were unable to attend that meet and confer, however. Dkt. No. 46.

Rule 37(a) of the Federal Rules of Civil Procedure and the Court's Individual Practices in Civil Cases require parties to meet and confer or attempt to do so regarding motions to compel discovery. Fed. R. Civ. P. 37(a)(1); Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 4.C. Plaintiffs shall file a letter with the Court by no later than September 26, 2025, advising the Court of their good faith attempts to meet and confer (and the results of any such meetings) or else shall show cause by that date why their motion should not be denied without

prejudice for failing to attempt to meet and confer. In the absence of a timely or satisfactory response, the Court shall deny the motion at Dkt. No. 41 without prejudice.

    SO ORDERED.

Dated: September 24, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge