

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

**Roksolana Murkis**
*Senior Associate*

Email Address: RMurkis@pecklaw.com

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Washington, D.C.
Miami, FL
Chicago, IL
Boston, MA
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
El Salvador
England
France
Germany
Guatemala
India
Mexico
Peru
Uruguay




**VIA ECF**

October 15, 2025

> **REQUEST GRANTED.**
> **The Discovery Hearing previously set for October 17, 2025 is rescheduled to October 21, 2025 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.**
>
> 10/16/2025    SO ORDERED.
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Edison Anchahua, et al. v. MD Building Services, et al.*
Case No. 1:25-cv-00035

Dear Judge Liman:

This firm is counsel to defendants, MD Building Services, Meridian Building Services, and Michael K. Carlin ("Defendants") in the above-referenced matter. In accordance with Your Honor's Individual Practices, we are filing this letter motion to request an adjournment of the upcoming Local Rule 37.2 Conference, presently scheduled for an in-person appearance on October 17, 2025 at 2 pm. (Dkt No. 53)

Counsel for Defendants respectfully requests an adjournment of the conference, as we are unavailable at that date and time. Gregory Begg, who is primarily responsible for this case, has a conflicting commitment which renders him unable to appear in person, but he could appear virtually for a conference commencing at 10:30 am and ending no later than 11:30 am. While I am unable to travel due to medical restrictions, I am able to appear virtually at the scheduled time. We have conferred with opposing counsel, who consents to this request.

If convenient for the Court, we respectfully propose the following alternate times and dates:

October 17, 2025- virtual appearance prior to 11:30 a.m (10:30 am start).
October 21, 2025- in-person conference prior to 12 p.m.
October 23, 2025- in-person conference prior to 12 p.m.
October 24, 2025- in-person conference prior to 12 p.m.

Hon. Lewis J. Liman, U.S.D.J.
Case No. 1:25-cv-00035
Page 2

Defendants thank the Court for its consideration of their letter.

Respectfully submitted,

ROKSOLANA MURKIS