UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDISON ANCHAHUA and FRANKLIN ANCHAHUA,     :
                                        :
            Plaintiffs,     :
                                          :
      -v-     :     25-cv-35 (LJL)
                                          :
M D BUILDING SERVICES, INC. d/b/a MERIDIAN     :     ORDER
BUILDING SERVICES, and MICHAEL K. CARLIN,     :
                                          :
          Defendants.     :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs' and Defendants' pending discovery motions are granted in part and denied in

part for the reasons provided on the record during the hearing held today, October 21, 2025.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 41 and 52.

      SO ORDERED.

Dated: October 21, 2025
      New York, New York     _____
                                       LEWIS J. LIMAN
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025