UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
EDISON ANCHAHUA and FRANKLIN ANCHAHUA,  :
                                        :
            Plaintiffs,                 :
                                        :
      -v-                               :
                                        :
M D BUILDING SERVICES, INC. d/b/a MERIDIAN  :
BUILDING SERVICES, and MICHAEL K. CARLIN,  :
                                        :
            Defendants.                 :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025

25-cv-35 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court are letter motions from both Plaintiffs and Defendants regarding discovery disputes and scheduling.  *See* Dkt. Nos. 66, 68–69.

Defendants' letter motion at Dkt. No. 66 seeks an extension of the deadlines to file a Rule 23 motion and the accompanying briefing.  Plaintiffs do not oppose Defendants' proposed scheduling.  Dkt. No. 68.  It is therefore ORDERED that the deadline to file a Rule 23 motion is December 31, 2025, the deadline to file opposition papers to any such motion is January 21, 2026, and the deadline to file reply papers is January 28, 2026.

Next, Plaintiffs seek sanctions against Defendants over Defendants' counsel's allegedly improper conduct during a deposition.  *See id.*  The Court has reviewed the deposition transcript pages and declines to impose sanctions.  *See* Dkt. No. 68-2.

For their part, Defendants seek a protective order and an order directing discovery responses and deposition testimony from Thomas Mavins.  Plaintiffs are directed to respond to

2

Defendants' motion by November 26, 2025.

The Clerk of Court is respectfully directed to close Dkt. Nos. 66, 68, and 69.

SO ORDERED.

Dated: November 25, 2025
      New York, New York

_____
          LEWIS J. LIMAN
      United States District Judge