UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

EDISON ANCHAHUA and FRANKLIN ANCHAHUA,  :

                    :

        Plaintiffs,          :

                    :       25-cv-00035 (LJL)

    -v-               :

                    :         ORDER

M D BUILDING SERVICES, INC. d/b/a MERIDAN  :
BUILDING SERVICES, and MICHAEL K. CARLIN,  :

                    :

        Defendants.     :

                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Plaintiffs' motion for a discovery conference and for discovery is DENIED IN PART and GRANTED IN PART.  Dkt. No. 76.

     Plaintiffs have not shown that Defendants' production of e-discovery violated the Court's May 22, 2025 order.  The motion to compel production of documents is denied.   Defense counsel improperly instructed Mr. Carlin not to answer the question whether Defendant hired legal counsel to help with wage compliance.  Defendant shall either produce Mr. Carlin for a remote deposition to answer that question and any follow-up questions that do not call for privileged information or, at the request of Plaintiff's counsel, answer an interrogatory.  The request to continue the deposition of Mr. Carlin on other subjects or to take the deposition out of time of the remaining witnesses is denied as is the request for costs.  Plaintiff's counsel made the unilateral decision to terminate the ongoing deposition and to cancel the remaining two depositions.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 76.

SO ORDERED.

Dated: January 6, 2026
      New York, New York

                                     LEWIS J. LIMAN
                             United States District Judge

2